United States District Court
Southern District of Texas
**ENTERED**
January 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATSY MILLS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2975 |
| | § | |
| JOSE MORALES, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is an Agreed Motion to Dismiss with Prejudice. Having considered the motion, the Court is of the opinion that the motion should be GRANTED

It is therefore ORDERED that Civil Action 4:15cv2975; P Patsy Mills and Roland Mills vs. Jose Morales and DAT truck Lines, pending before the United States District Court, Southern District of Texas, Houston Division, is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED. 01/10/2017.

_____
The Honorable Alfred H. Bennett
United States District Judge